IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN ANDREW DONEY, JR.,<br><br>Defendant. | CR 24-157-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Forfeiture Allegation Contained in the Indictment (Doc. 38), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 38) is **GRANTED.** The forfeiture allegation contained in the Indictment is **DISMISSED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of September, 2025.

SUSAN P. WATTERS
United States District Judge

1